# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>          Plaintiff(s),<br><br>vs.<br><br>BANK OF AMERICA, et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-02370-GMN-NJK<br><br>ORDER<br><br>(Docket No. 32) |

Pending before the Court is a discovery plan. Docket No. 32. The Court has already entered a scheduling order, Docket No. 30, and that scheduling order governs the progress of this case. Moreover, it is not readily apparent how the recently-filed discovery plan differs from the schedule already in place. To the extent the parties seek an extension of any deadline(s) in the operative scheduling order, they must file a proper request for an extension. *See, e.g.*, Local Rule 26-4. Accordingly, the discovery plan at Docket No. 32 is **DENIED**.

IT IS SO ORDERED.

DATED: March 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge