Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Alan R. Riekki*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, BAYVIEW LOAN SERVICING, CCO MORTGAGE, GREEN TREE SERVICING, LLC, NATIONSTAR MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-02370-GMN-NJK<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GREEN TREE SERVICING, LLC** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mona A. Riekki and Defendant Green Tree Servicing, LLC ("Green Tree") stipulate to dismiss without prejudice Plaintiff's claims against Green Tree only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 12th day of May 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Kravitz, Schnitzer & Johnson, Chtd.**

By: /s/   Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Green Tree Servicing, LLC*

IT IS SO ORDERED:

DATED: May 13, 2016

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 12, 2016, the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GREEN TREE SERVICING, LLC was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117