Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, BAYVIEW LOAN SERVICING, CCO MORTGAGE, GREEN TREE SERVICING, LLC, NATIONSTAR MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-02370-GMN-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mona A. Riekki ("Plaintiff") and Defendant Bank of America ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of September 2016.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*


**Akerman LLP**

By: /s/ Vatana Lay
Vatana Lay, Esq.
Bar No: 12993
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Bank of America*


IT IS SO ORDERED:

DATED: September 8, 2016

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 6, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT BANK OF AMERICA was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117