Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MONA G. RIEKKI,<br><br>    Plaintiff,<br>v.<br><br>BANK OF AMERICA, BAYVIEW LOAN SERVICING, CCO MORTGAGE, GREEN TREE SERVICING, LLC, NATIONSTAR MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:15-cv-02370-GMN-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYVIEW LOAN SERVICING, LLC** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mona A. Riekki ("Plaintiff") and Defendant Bayview Loan Servicing, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims in this case against Defendant only.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of January 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/   Natalie L Winslow
Natalie L Winslow, Esq.
1160 N. Town Center Drive
Las Vegas, NV 89144
*Attorneys for Bayview Loan Servicing, LLC*

IT IS SO ORDERED:

DATED: January 17, 2017

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 13, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
     Michael Kind
     7854 W. Sahara Avenue
     Las Vegas, NV 89117